**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STEVEN RAY BREWER

    Petitioner,

-vs-                                    Case No.  8:12–cv-2262-T-30TGW
                                          Criminal Case Nos. 8:02-cr-143-T-30TGW
                                                         8:03-cr-204-T-30AEP

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

THIS matter is before the Court *sua sponte* upon a review of the case file.  On October 10, 2012, the Court entered an Order striking Petitioner's § 2255 motion and directing him to sign and return the § 2255 motion on or before October 25, 2012 (se CV Dkt. 3). Petitioner was warned that failure to timely comply with the order would result in dismissal of this action without further notice (Id.).  To date, the Court has not received Petitioner's signed § 2255 motion.

Petitioner is reminded that although he is appearing *pro se*, he is required to comply with all orders of this Court, the Local Rules of the Middle District of Florida,  and the Federal Rules of Civil Procedure.  His failure to do so could result in sanctions, including dismissal of his claims.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989). Although the Court reads pleadings filed by *pro se* plaintiffs

in a liberal fashion, *see Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998) (holding that "[*p*]*ro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys"), any litigant who fails to comply with a Court order or other judicial deadline may face sanctions, including dismissal of the claim. *See Wayne v. Jarvis*, 197 F.3d 1098, 1104 (11th Cir. 1999) (holding that "the problem here is not one of construction; instead, the problem is one of lack of compliance with a deadline imposed by law. Liberal construction does not mean liberal deadlines.").

**ACCORDINGLY**, the Court **ORDERS** that:

1. Petitioner shall, on or before November 21, 2012, show cause why this matter should not be dismissed for failure to comply with the Court's October 10, 2012 Order.

2. Failure to comply with this Order within the allotted time shall result in the **dismissal** of this action **without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on November 7, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*

2